TEXAS & N. O. R. CO. v. BITTERMAN et al.

(Circuit Court of Appeals, Fifth Circuit. March 27, 1906.)

No. 1,445.

Appeal from the Circuit Court of the United States for the Eastern District of Louisiana.

George Denegre and Joseph Paxton Blair, for appellant.
Henry L. Lazarus, for appellees.

Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PARDEE, Circuit Judge. This case was submitted at the same time as the case of Louisville & Nashville Railroad Company v. Marcus K. Bitterman (just decided) 144 Fed. 34. The record discloses the same issues as therein presented, and it should be and is decided the same way.

It is therefore ordered and adjudged that his cause be remanded to the Circuit Court, with instructions to enter decree in accordance with the views expressed in the opinion of Louisville & Nashville Railroad Company v. Bitterman et al. (just decided) 144 Fed. 34.

McCORMICK, Circuit Judge (dissenting). In the above case I dissent from the judgment, on the grounds specified in my dissent to the judgment in the case of Louisville & Nashville Railroad Company, appellant, against these appellees, 144 Fed. 34.